**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| IN RE: RICHARD DAVID KRIEBEL : | NO.  24-10641 |
|         Debtor : |  |
| : | CHAPTER 13 |

**APPLICATION FOR EXTENSION OF TIME TO**
**FILE SCHEDULES AND SUBSEQUENT PAPERS**

The Debtor, by and through his attorney, Matthew R. Nahrgang, Esquire, files this Application for Extension of Time to File Schedules and Subsequent Papers and, in support thereof, avers the following:

1.  On or about February 27, 2024, Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2.  The balance of documents are due 3-12-24.

3.  The Debtor is in the process of compiling all information including a list of addresses of all creditors and financial information necessary in the formulation of Debtor's Schedules and Statement of Financial Affairs.

4.  Debtor proposes this motion in good faith and respectfully submits that the granting of this Motion is in the best interest of the Debtor, and the estate.

WHEREFORE, Debtor respectfully requests that this Court enter an Order granting Debtor's Application for Extension of Time to File Schedules and Subsequent Papers.

Respectfully submitted,

/s/ *Matthew R. Nahrgang*

Matthew R. Nahrgang
Attorney for Debtor