**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
35 Evansburg Road
Collegeville, PA 19426
(610)489-3041
E-Mail mnahrgang@verizon.net

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: RICHARD DAVID KRIEBEL | : NO. 24-10641 |
| Debtor | : |
| | : CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Matthew R. Nahrgang, Esquire, hereby certify that on November 19, 2024, the following were served a true and correct copy of the Debtor's 4th Amended Chapter 13 Plan by depositing same in the U.S. mail, postage prepaid or via ECF as indicated below:

    Richard David Kriebel
    331 Heatherfield Drive
    Souderton, PA 18964

    USTPRegion03.PH.ECF@usdoj.gov

    Office of the US Trustee

    ecf@ph13trustee.com

    Office of the Standing Chapter 13 Trustee
    Ken West, Esquire
    P.O. 40119
    Philadelphia, PA 19106-0119


    See attached

    /s/ *Matthew R. Nahrgang*
    _____
    Matthew R. Nahrgang, Esquire

November 19, 2024