American Express
Customer Service
PO Box 297804
Fort Lauderdale, FL 33329-7807


Ashley Funding Services, LLC


McCabe, Weisberg, & Conway, P.C.
1420 WALNUT STREET
Ste 1501
Philadelphia, PA 19102


Montgomery County Tax Claim Bureau
1 Montgomery Plaza, 6th Floor
Norristown, PA 19401


PA Department of Revenue
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946


Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245


Souderton Area School District
c/o Portnoff Law Associates, LTD
P.O. Box 3020
Norristown, PA 19404


Truist Bank
200 West Second Street
Winston Salem, NC 27101